Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-16191 (ABA)

Stefanie C. Mc Carthy  
1 Shires Way  
Egg Harbor Township, NJ  08234

Monthly Payment: $200.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/14/2022 | $200.00 | 03/01/2022 | $200.00 | 04/06/2022 | $200.00 | 05/02/2022 | $200.00 |
| 06/02/2022 | $200.00 | 06/29/2022 | $200.00 | 08/05/2022 | $200.00 | 09/08/2022 | $200.00 |
| 10/07/2022 | $200.00 | 11/09/2022 | $200.00 | 12/05/2022 | $200.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | STEFANIE C. MC CARTHY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | CHAD M. SHERWOOD, ESQUIRE | 13 | $3,500.00 | $3,500.00 | $0.00 | $2,198.40 |
| 1 | APG HOSPITALISTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | APG VASCULAR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ARMC ANESTHESIOLOGISTS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | Alliance One | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN EXPRESS | 33 | $4,224.66 | $0.00 | $4,224.66 | $0.00 |
| 6 | AMERICAN MEDICAL COLLECTION AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | ATLANTIC EMERGENCY ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | ATLANTIC MEDICAL IMAGING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ATLANTIC PULMONARY AND CRITICAL CARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | ATLANTIC RADIOLOGISTS PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | AURORA DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | BANK OF AMERICA, N.A. | 33 | $10,322.27 | $0.00 | $10,322.27 | $0.00 |
| 14 | CITIBANK, N.A. | 33 | $2,634.85 | $0.00 | $2,634.85 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,822.37 | $0.00 | $2,822.37 | $0.00 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,147.19 | $0.00 | $4,147.19 | $0.00 |
| 17 | LVNV FUNDING, LLC | 33 | $3,698.26 | $0.00 | $3,698.26 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $517.36 | $0.00 | $517.36 | $0.00 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $1,240.42 | $0.00 | $1,240.42 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $1,236.65 | $0.00 | $1,236.65 | $0.00 |
| 21 | JPMORGAN CHASE BANK, N.A. | 33 | $2,092.91 | $0.00 | $2,092.91 | $0.00 |
| 22 | DEPT OF ED/NAVIENT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | DISCOVER BANK | 33 | $2,896.63 | $0.00 | $2,896.63 | $0.00 |
| 24 | FMC Omaha Service Center | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | FORD MOTOR CREDIT COMPANY, LLC | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | JPMORGAN CHASE BANK, N.A. | 33 | $1,560.13 | $0.00 | $1,560.13 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | JERSEY SHORE GASTROENTEROLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | CAPITAL ONE, N.A. | 33 | $1,166.09 | $0.00 | $1,166.09 | $0.00 |
| 29 | LAKEVIEW LOAN SERVICING, LLC | 24 | $1,938.91 | $1,816.80 | $122.11 | $0.00 |
| 30 | JPMORGAN CHASE BANK, N.A. | 33 | $568.67 | $0.00 | $568.67 | $0.00 |
| 31 | PREFERRED CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | RADIUS GLOBAL SOLUTIONS LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | RELIANCE MEDICAL GROUP | 33 | $388.99 | $0.00 | $388.99 | $0.00 |
| 34 | SYNCB/CARE CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $170.95 | $0.00 | $170.95 | $0.00 |
| 36 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,572.52 | $0.00 | $1,572.52 | $0.00 |
| 37 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,938.98 | $0.00 | $3,938.98 | $0.00 |
| 38 | SPRUCE FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | TD BANK USA, N.A. | 33 | $1,144.09 | $0.00 | $1,144.09 | $0.00 |
| 40 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,088.35 | $0.00 | $1,088.35 | $0.00 |
| 41 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | CHAD M. SHERWOOD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | JPMORGAN CHASE BANK, N.A. | 33 | $6,970.40 | $0.00 | $6,970.40 | $0.00 |
| 45 | AMERICAN EXPRESS | 33 | $2,691.74 | $0.00 | $2,691.74 | $0.00 |
| 46 | CREDIT COLLECTION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | LVNV FUNDING, LLC | 33 | $4,941.72 | $0.00 | $4,941.72 | $0.00 |
| 48 | STEFANIE C. MCCARTHY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | LAKEVIEW LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50 | AMERICAN EXPRESS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | BANK OF AMERICA, N.A. | 33 | $8,473.09 | $0.00 | $8,473.09 | $0.00 |
| 52 | CAPITAL ONE BANK USA, N.A. | 33 | $1,235.14 | $0.00 | $1,235.14 | $0.00 |
| 53 | DISCOVER BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | FORD MOTOR CREDIT COMPANY LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | JPMORGAN CHASE BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | SPRUCE FINANCE, INC. | 33 | $2,662.45 | $0.00 | $2,662.45 | $0.00 |
| 57 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | TD BANK USA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | CAPITAL ONE BANK USA, N.A. | 33 | $1,668.44 | $0.00 | $1,668.44 | $0.00 |
| 60 | COMENITY CAPITAL/BOSCOV | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | COMENITY CAPITAL/ULTA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | NATIONWIDE CREDIT INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | CAPITAL ONE BANK (USA), N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | CITIBANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | LAKEVIEW LOAN SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | LVNV FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | QUANTUM3 GROUP, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-16191 (ABA)

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 06/01/2020 | 1.00 | $0.00 |
| 07/01/2020 | Paid to Date | $200.00 |
| 08/01/2020 | 58.00 | $200.00 |
| 06/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,200.00 |
| Total paid to creditors this period: | $2,198.40 |
| Undistributed Funds on Hand: | $182.80 |
| Arrearages: | $0.00 |
| Attorney: | CHAD M. SHERWOOD, ESQUIRE |

THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.