| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>**Stefanie C McCarthy** | Case No.<br>Chapter:<br>Judge: | **20-16191**<br>**13** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, ____**Stefanie C McCarthy**____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:  **June 11, 2025**            /s/ **Stefanie C McCarthy**
                                    **Stefanie C McCarthy**
                                    Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*