**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Stefanie C. McCarthy<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5537<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–16191–ABA | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Stefanie C. McCarthy
> aka Stefanie McCarthy, aka Stefanie C McCarthy

7/24/25

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Stefanie C. McCarthy  
Debtor

Case No. 20-16191-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 24, 2025 | Form ID: 3180W | Total Noticed: 69 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stefanie C. McCarthy, 1 Shires Way, Egg Harbor Township, NJ 08234-4813 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518822590 | | APG Hospitalists, PO Box 786061, Philadelphia, PA 19178-6061 |
| 518822591 | | APG Vascular, PO Box 786061, Philadelphia, PA 19178-6061 |
| 518822592 | + | ARMC Anesthesiologists, PO Box 8500-1521, Philadelphia, PA 19178-0001 |
| 518822588 | + | American Medical Collection Agency, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |
| 518822593 | | Atlantic Emergency Associates, PO Box 15356, Newark, NJ 07192-5356 |
| 518822594 | | Atlantic Medical Imaging, PO Box 1564, Indianapolis, IN 46206-1564 |
| 518822595 | | Atlantic Pulmonary and Critical Care, 741 South Second Avenue, Suite A, Galloway, NJ 08205-9542 |
| 518822596 | + | Atlantic Radiologists PA, PO Box 1262, Indianapolis, IN 46206-1262 |
| 518822597 | | Aurora Diagnostics, PO Box 417509, Boston, MA 02241-7509 |
| 518822611 | + | Jersey Shore Gastroenterology, 408 Bethel Road, Suite E, Somers Point, NJ 08244-2191 |
| 518822614 | | Lakeview Loan Servicing, PO Box 660263, Dallas, TX 75266-0263 |
| 518822615 | | Nationwide Credit Inc, PO Box 14581, Des Moines, IA 50306-3581 |
| 518822617 | | Radius Global Solutions LLC, PO Box 358, Suite 250A, Ramsey, NJ 07446-0358 |
| 518822619 | + | Spruce Financial, 2900 North Loop West, 3rd Floor, Houston, TX 77092-8868 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2025 21:00:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2025 21:00:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518822586 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jul 24 2025 20:58:00 | Alliance One, 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053-6643 |
| 518822587 | + | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 21:04:05 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 518855706 | | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 21:04:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518822589 | ^ | MEBN | Jul 24 2025 20:50:05 | Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 518822598 | + | EDI: BANKAMER | Jul 25 2025 00:39:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518844216 | + | EDI: BANKAMER2 | Jul 25 2025 00:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |

Case 20-16191-ABA    Doc 43    Filed 07/26/25    Entered 07/27/25 00:15:20    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: 3180W | Total Noticed: 69 |

| | | | |
|---|---|---|---|
| 518822599 | + EDI: CITICORP | Jul 25 2025 00:39:00 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 518822600 | EDI: CAPITALONE.COM | Jul 25 2025 00:39:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518861880 | + EDI: AIS.COM | Jul 25 2025 00:39:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518861285 | Email/PDF: bncnotices@becket-lee.com | Jul 24 2025 21:04:34 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518822601 | + EDI: CITICORP | Jul 25 2025 00:39:00 | CitiCards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 518888867 | EDI: CITICORP | Jul 25 2025 00:39:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518822602 | + Email/Text: mediamanagers@clientservices.com | Jul 24 2025 20:58:00 | Client Services, 3451 Harry S Truman Blvd, Saint Charles, MO 63301-9816 |
| 518822603 | EDI: WFNNB.COM | Jul 25 2025 00:39:00 | Comenity Bank/Torrid, PO Box 182789, Columbus, OH 43218-2789 |
| 518822604 | + EDI: WFNNB.COM | Jul 25 2025 00:39:00 | Comenity Capital/Boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 518822605 | + EDI: WFNNB.COM | Jul 25 2025 00:39:00 | Comenity Capital/Ulta, PO Box 182120, Columbus, OH 43218-2120 |
| 518822606 | + EDI: CCS.COM | Jul 25 2025 00:39:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 518822608 | EDI: DISCOVER | Jul 25 2025 00:39:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 518822607 | + Email/PDF: Bankruptcy_Prod@mohela.com | Jul 24 2025 21:04:50 | Dept of Ed/Navient, 123 Justison Street, 3rd Floor, Wilmington, DE 19801-5360 |
| 518829841 | EDI: DISCOVER | Jul 25 2025 00:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518822609 | + Email/Text: EBNBKNOT@ford.com | Jul 24 2025 21:00:00 | FMC Omaha Service Center, PO Box 54200, Omaha, NE 68154-8000 |
| 518827770 | Email/Text: EBNBKNOT@ford.com | Jul 24 2025 21:00:00 | Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI. 48255-0953 |
| 518822610 | + Email/Text: EBNBKNOT@ford.com | Jul 24 2025 21:00:00 | Ford Motor Credit, PO Box 54200, Omaha, NE 68154-8000 |
| 520179341 | + EDI: AISACG.COM | Jul 25 2025 00:39:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518822612 | + EDI: JPMORGANCHASE | Jul 25 2025 00:39:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 518841038 | + Email/Text: RASEBN@raslg.com | Jul 24 2025 20:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518822613 | + EDI: CAPITALONE.COM | Jul 25 2025 00:39:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 518864982 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2025 20:58:00 | LAKEVIEW LOAN SERVICING, LLC, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518862514 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2025 21:04:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520589818 | + Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2025 20:58:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX |

Case 20-16191-ABA   Doc 43   Filed 07/26/25   Entered 07/27/25 00:15:20   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| | | | | 75261-9096 |
| 520589819 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2025 20:58:00 | Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC, P.O Box 619096, Dallas, TX 75261-9741, Lakeview Loan Servicing, LLC, Nationstar Mortgage LLC 75261-9096 |
| 519770213 | | EDI: PRA.COM | Jul 25 2025 00:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519770214 | | EDI: PRA.COM | Jul 25 2025 00:39:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518876161 | | EDI: PRA.COM | Jul 25 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 518892091 | | EDI: PRA.COM | Jul 25 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o JC PENNEY, POB 41067, Norfolk, VA 23541 |
| 518892089 | | EDI: PRA.COM | Jul 25 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o OLD NAVY, POB 41067, Norfolk, VA 23541 |
| 518892559 | | EDI: PRA.COM | Jul 25 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o SYNCHRONY BANK, POB 41067, Norfolk, VA 23541 |
| 518892096 | | EDI: PRA.COM | Jul 25 2025 00:39:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 518822616 | | Email/Text: banko@preferredcredit.com | Jul 24 2025 20:58:00 | Preferred Credit, 628 Roosevelt Road, Saint Cloud, MN 56301 |
| 518885976 | | EDI: Q3G.COM | Jul 25 2025 00:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518882216 | | EDI: Q3G.COM | Jul 25 2025 00:39:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518822620 | | EDI: SYNC | Jul 25 2025 00:39:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 518822621 | | EDI: SYNC | Jul 25 2025 00:39:00 | SYNCB/JC Penny, PO Box 965007, Orlando, FL 32896-5007 |
| 518822622 | | EDI: SYNC | Jul 25 2025 00:39:00 | SYNCB/Old Navy, PO Box 965005, Orlando, FL 32896-5005 |
| 518822623 | | EDI: SYNC | Jul 25 2025 00:39:00 | SYNCB/Pay Pal Credit, PO Box 965005, Orlando, FL 32896-5005 |
| 518860165 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 24 2025 21:04:28 | Spruce Finance Inc, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518881133 | ^ | MEBN | Jul 24 2025 20:51:13 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518824655 | ^ | MEBN | Jul 24 2025 20:51:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518847579 | + | Email/Text: bncmail@w-legal.com | Jul 24 2025 21:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518822624 | + | EDI: WTRRNBANK.COM | Jul 25 2025 00:39:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 518822625 | + | EDI: CITICORP | Jul 25 2025 00:39:00 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 53

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2025 | Form ID: 3180W | Total Noticed: 69 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518855710 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520253414 | *+ | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518822618 | ##+ | Reliance Medical Group, PO Box 1517, Pleasantville, NJ 08232-6517 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 26, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Chad M. Sherwood | on behalf of Debtor Stefanie C. McCarthy chad@sherwoodlegal.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Lakeview Loan Servicing  LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6