Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  20−16191−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Stefanie C. McCarthy
   aka Stefanie McCarthy, aka Stefanie C McCarthy
   1 Shires Way
   Egg Harbor Township, NJ 08234

Social Security No.:
   xxx−xx−5537

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 27, 2025</u>          <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court